475 A.2d 744

**In re ESTATE OF Joseph F. GEORGIANA, Deceased.**

**Appeal of Joseph F. GEORGIANA, Jr., and Lawrence S. Georgiana.**

Supreme Court of Pennsylvania.

Argued May 14, 1984.

Decided June 6, 1984.

Roslyn M. Litman, David R. Brown, Pittsburgh, for appellant.

Ira B. Coldren, Jr., Uniontown, Charles C. Keller, Washington, Carl W. Brueck, Jr., Pittsburgh, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA, PAPADAKOS.

## ORDER

PER CURIAM.

Order affirmed.

LARSEN and PAPADAKOS, JJ., dissent.